United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUBEN ROMERO, et al.,

          Plaintiffs,

          v.

NOKIA, INC., et al.,

          Defendants.

_____/

No. C 12-6260 PJH

**JUDGMENT**

    This action came on for hearing before the court, and the issues having been duly heard and the court having granted, on October 15, 2013, defendants' motion to dismiss,

    it is Ordered and Adjudged

    that judgment is entered in favor of defendants and against plaintiffs on the claims asserted against them.

    **IT IS SO ORDERED.**

Dated: October 15, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge